UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| JAMES B. SHAW, JOHANNES EIJMBERTS, and LORNE MORRIS Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND JAMES FINANCIAL, INC., RAYMOND JAMES AND ASSOCIATES, PEOPLE'S UNITED FINANCIAL, INC., PEOPLE'S UNITED BANK, ARIEL QUIROS, WILLIAM STENGER, JOEL BURSTEIN AND FRANK AMIGO<br><br>  Defendants. | CIV. ACTION NO.: 5:16-cv-00129-GWC |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs James B. Shaw, Johannes Eijmberts, and Lorne Morris hereby give notice that the above-captioned action is voluntarily dismissed against all defendants, without prejudice. No defendant has filed an answer or motion for summary judgment, so leave of the Court is not required. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

Dated:  July 22, 2016

**WOOLMINGTON, CAMPBELL, BERNAL & BENT, P.C.**

*/S/ PATRICK J. BERNAL*
Patrick J. Bernal (VT Bar License No. 5550)
4900 Route 7A, P.O. Box 2748
Manchester Center, VT  05255-2748
Telephone:  (802) 362-2560
Facsimile:  (802) 362-7109

patrick@greenmtlaw.com

*Local Counsel for Plaintiffs and the Class*

**BERMAN DEVALERIO**
Kathleen M. Donovan-Maher
Steven J. Buttacavoli
Mark A. Delaney
Daryl Andrews
Nathaniel L. Orenstein
Steven L. Groopman
Corey W. Silva
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
kdonovanmaher@bermandevalerio.com
sbuttacavoli@bermandevalerio.com
mdelaney@berrmandevalerio.com
dandrews@bermandevalerio.com
norenstein@bermandevalerio.com
sgroopman@bermandevalerio.com
csilva@bermandevalerio.com

*Lead Counsel for Plaintiffs and the Class*